# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIE D. SAMPSON,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 72471

FILED

MAR 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "prior counsels' emergency motion to U.S. District Court (unopposed) by the State, and this court. Case No. 3:11-cv-00019-LRH-WGC."

It appears that appellant is attempting to appeal from an order entered by the United States District Court, District of Nevada. This court has no jurisdiction to consider an appeal from a federal district court order. Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se motion filed on March 7, 2017.

17-08340

cc: Hon. Michelle Leavitt, District Judge
Willie D. Sampson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Mace J. Yampolsky, Ltd.

SUPREME COURT
OF
NEVADA

(O) 1947A